**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Paul Billings, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| The North Dakota State Penitentiary, | ) | |
| and the NDDOCR, | ) | Case No. 1:07-cv-066 |
| | ) | |
| Defendants. | ) | |

On October 26, 2007, the undersigned issued an Order and Report and Recommendation (Docket No. 4) addressing deficiencies in Plaintiff's complaint. Plaintiff has yet to file a response to the Order and Report and Recommendation. However, during status conference conducted on December 11, 2007, Plaintiff indicated that he has not received a copy of the Order and Report and Recommendation .

The Clerk's office is directed to provide Plaintiff with another copy of the Order and Report and Recommendation. Plaintiff shall until January 31, 2008, to file an amended complaint or otherwise respond to the Order and Report and Recommendation.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2007.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court